# Maher, Appellant, *v.* Maher.

*Divorce—Desertion—Insufficient evidence.*

The report of a master in divorce recommending that the libel be dismissed because of insufficient evidence, which has been confirmed by the lower court, will be sustained on appeal where the report fully reviews the law and facts in the case and the recommendation of the master is warranted by the evidence.

Argued October 30, 1919. Appeal, No. 8, Oct. T., 1918, by libellant, from decree of C. P. No. 5, of Phila. County, Sept. T., 1917, No. 76, dismissing libel in divorce in the case of John Francis Maher v. Emmy Himmelbach Maher. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER and KELLER, JJ. Affirmed.

Libel in divorce. Before STAAKE, J.

The case was referred to David Phillips, Esq., as master, who recommended that the libel be dismissed.

On exceptions to the master's report the court overruled the exceptions and dismissed the libel. Libellant appealed.

*Error assigned* was the order of the court.

*John G. Kaufman,* of *Robinson, Kaufman & Barnes,* for appellant.

*Albert E. Peterson,* for appellee.

PER CURIAM, February 28, 1920:

There is no merit in this appeal. The master carefully discharged his duty and submitted a report in which the law and the facts are very carefully considered and disposed of properly. The exceptions filed to his report were overruled and the libel dismissed by the court below.

The decree is affirmed, at the cost of the appellant.